

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/26/2009

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-31859 |
| TRANSMERIDIAN EXPLORATION | § | Chapter 11 |
| INCORPORATED | § | |
| and | § | |
| TRANSMERIDIAN EXPLORATION, | § | |
| INC./(BVI) | § | |
| and | § | |
| BRAMEX MANAGEMENT, INC., | § | |
| | § | |
| BRAMEX MANAGEMENT, INC. | § | CASE NO: 09-31866 |
| | § | |
| TRANSMERIDIAN EXPLORATION, INC. | § | CASE NO: 09-31864 |
| (BVI) | § | |
| | § | Jointly Administered Order |
| Debtor(s). | § | Judge Isgur |

### ORDER REGARDING MOTION FOR RELIEF FROM STAY
### (DOCKET #23)

At 9:00 a.m. on June 29, 2009, the Court will call the motion for relief for hearing and announce that the hearing will commence at 1:30 p.m. on June 29, 2009. No appearances need be made at the 9:00 docket call and no further notice need be given.

SIGNED **June 26, 2009.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE